GROUP EXHIBIT 1

| | |
|---|---|
| CUST: 506 | ALMAHA TRADING & CO. LLC |
| CURR: USD | SELL RATE: 3,755.00 |
| AMOUNT: 270,001.00 | COMM. Charges: 0.00 |
| EQ: 1,013,426.00 | TICKET Charges: 135.00 |
| BANK: CITIBANK, N.A. | |

قسيمة تحويل / إصدار شيك / شيكات سياحية

**TRANSFER / DRAFT / TCs FORM**

البنك السعودي الفرنسي
**Banque Saudi Fransi**

شركة مساهمة سعودية
المركز الرئيسي ص.ب ٥٦٠٠٦ - الرياض ١١٥٥٤
هاتف: ٤٠٤٢٢٢٢ - فاكس: ٤٠٤٢٣١١
تلكس: ٤٠٧٨٦٠ SFGM SJ
SFGM SJ ١٠٧٦٦٦
Saudi Joint Stock Company
Head Office - P.O. Box 56006, Riyadh 11554
Tel:4042222 - Fax:4042311
Tlx.:407860 SFGM SJ

DATE _____ التاريخ

**PLEASE SELECT ONE OF THE FOLLOWING** الرجاء اختيار واحدة مما يلي

| | | | | | |
|---|---|---|---|---|---|
| ☐ تحويل داخلي INTERNAL TRANSFER | ☐ تحويل داخل المملكة LOCAL TRANSFER | ☐ تحويل خارج المملكة TRANSFER ABROAD | ☒ شيك مصرفي بالعملة الأجنبية BANK DRAFT | ☐ شيك مصرفي CASHIER ORDER | ☐ شيكات سياحية TRAVELLERS CHEQUES SALE |

AGAINST : مقابل ☐ نقداً (مدفوعات حكومية) CASH (GOVERNMENT RELATED PAYMENTS) ☒ DEBIT TO MY / OUR ACCOUNT الخصم من حسابي / حسابنا

60-FROM : CUSTOMERS NAME ALMAHA TRADING & CONT. EST. من : اسم العميل

ACCOUNT NO. **Redacted** رقم الحساب

ACCOUNT AT BRANCH ALKHOBAR MAIN BR. حساب لدى فرع

AMOUNT IN FIGURES **Redacted** المبلغ بالأرقام

CURRENCY USD العملة

AMOUNT IN WORDS IS TWO HUNDRED SEVENTY THOUSAND ONE المبلغ بالحروف

REMITTER'S NAME ALMAHA TRADING & CONT. EST. **Redacted** إسم المحول

ADDRESS / P.O. BOX NO ALKHOBAR CITY العنوان / ص. ب

TELEPHONE NO. ID / IQAMA NO. رقم البطاقة / الإقامة

58/59 - TO BENEFICIARY : إلى المستفيد

DO NOT FILL THIS SECTION IN CASE OF TCs لا تملأ هذا الجزء في حالة الشيكات السياحية

BENEFICIARY'S NAME W.S. DARLEY & COMPANY إسم المستفيد

BENEFICIARY'S ADDRESS 2000 ANSON DRIVE, MELROSE PARK, ILLINOIS, 60160, U.S.A. TEL # 700-000-0000 عنوان المستفيد

57-BENEFICIARY'S BANK FIFTH THIRD BANK بنك المستفيد

BENEFICIARY'S A/C NO. **Redacted** رقم حساب المستفيد

BENEFICIARY'S BANK ADDRESS 5050 KINGSLEY DRIVE, CINCINNATI, OH 45263 عنوان بنك المستفيد

BENEFICIARY'S BANK CODE SWIFT CODE : FTBCUS3C ABA, 042000314 رمز بنك المستفيد

70-PAYMENT DETAILS تفاصيل الدفع

71-A DETAILS OF CHARGES : ☐ على المستفيد ON BENEFICIARY ☒ علينا ON US المصاريف : PURPOSE OF TRANSFER (Please pick the appropriate number from overleaf)

I/We agree to the conditions written on the reverse of this form الرافق على الشروط المذكورة على ظهر هذا الطلب

CUSTOMER'S SIGNATURE توقيع العميل

SIGNATURE VERIFIED

1 3 JUL

TELLER'S SIGNATURE توقيع أمين الصندوق

FOR BANK USE للاستعمال البنك

20- OUR TRANSACTION REF. NO اشارة العملية

TT / DO / CO NO.

| | VALUE DATE استحقاق | CURRENCY العملة | AMOUNT المبلغ |
|---|---|---|---|
| 32 A: | | | |

BANK'S AUTHORIZED SIGNATURE توقيع البنك المعتمد

سعر الشراء / البيع SELL / BUY RATE
المبلغ / العملة CURRENCY/AMOUNT
مصاريف البنك BANK SERVICES CHARGES
مجموع المبلغ المستحق TOTAL AMOUNT COLLECTED

نسخة العميل Customer's Copy



Banque
Saudi
Fransi



MESSRS. AL-MAHA TRADING & CONT. EST.

P O BOX - 2118
DAMMAM 31451
SAUDI ARABIA

FROM : 01/01/2008 TO 31/07/2008    STATEMENT DATE 01/08/2008    PAGE :    1

ACCOUNT NUMBER: Redacted             CURRENCY: SAUDI RIYAL
ACCOUNT TITLE: PPF ALMAHA TRADE EST
BRANCH : DAMMAM MAIN BRANCH, DAHRAN ST DAMMAM

| DATE | VALUE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------|-------------|-------|--------|---------|
| | | OPENING BALANCE | | | 0.00 |
| 13/07/08 | 13/07/08 | AATR0000186477/054/ABDULAZIZ | | 1,056,401.00 | 1,056,401.00 |
| | | AL-QAHTANI/AL-MAHA TRADING & CO | | | |
| 13/07/08 | 13/07/08 | TT 054/TT/019986/08 W. S. DARLEY & | 1,013,310.00 | | 43,091.00 |
| | | COMPA /054 | | | |
| 13/07/08 | 13/07/08 | FUNDS TRANSFER COMMISSION | 10.00 | | 43,081.00 |
| 13/07/08 | 13/07/08 | FUNDS TRANSFER CHARGES | 100.00 | | 42,981.00 |
| | | CLOSING BALANCE | | | 42,981.00 |
| | | TOTAL MOVEMENTS *** | 1,013,420.00 | 1,056,401.00 | |
| | | NUMBER OF TRANSACTIONS *** | 3 | 1 | |



IF THE ABOVE BALANCE IS NOT IN ACCORDANCE WITH YOUR RECORDS, PLEASE ADVISE OUR AUDITORS REGARDING THESE DIFFERENCES, MESSRS:
ERNST & YOUNG P.O BOX 2732 RIYADH 11461 OR KPMG AL FOZAN & ALSADHAN   P.O BOX 92876 RIYADH 11663.(SAUDI·ARABIA)

طلبــي حـوالة / عقـار جيبــيـة / للبنــك

**NCB** الأهلي

...SFER/ DRAFT APPLICATION

| | |
|---|---|
| Ref. No. مرجع الحوالة | Date _____ التاريخ |
| | Branch _____ الفرع |

| Please Issue | International Transfer حوالة دولية ✓ | Draft شيك مصرفي ☐ | الرجـاء اصـدار |
|---|---|---|---|

| Amounts In Words المبلغ بالحروف | Amounts In Figures المبلغ بالأرقام | عملة التحويل Transfer Currency |
|---|---|---|
| USD N... | 994.200. | US D... |

## BENEFICIARY'S DETAILS بيانات المستفيد

| Beneficiary's Name | W S DARLEY & COMPANY | إسم المستفيد |
|---|---|---|
| Address & / or Phone No. | ... Agen Gre Melrose Park Illinois 60160 USA tel: 708 345 8050 | العنوان و / أو رقم الهاتف |
| Beneficiary A/C No. | Al 5200135257 swift FTBCUS3C ABA:042000314 | رقم الحساب المستفيد |
| Beneficiary Bank | FIFTH THIRD BANK | بنك المستفيد |
| Branch Name & Address | 5050 Kingsley Drive Cinc... and Ohi 45263 | إسم الفرع وعنوانه |
| Town - Country | Cincinnati - Ohio USA | المدينة - البلد |

| Against Payment By | Debit My/our A/C القيد على حسابي/حسابنا ✓ | Cheque No. شيك رقم ☐ | Cash نقداً ☐ | وذلك مقابل |
|---|---|---|---|---|
| Debit | | | | |

| Remittance Purpose الغرض من التحويل | | Remitter's Details بيانات المحول | |
|---|---|---|---|
| 1- Import Financing | مقابل استيراد بضائع من الخارج ☐ | Remitter's Name إسم المحول | |
| 2- Remittance For Foreign Companies For Good Import | تحويلات شركات أجنبية لإستيراد بضائع ✓ | AL NAHR TRADING Account no 657. | |
| 3- Foreign Companies Remittances For Other Purpose | تحويلات شركات أجنبية لأغراض أخرى ☐ | Nationality الجنسية | |
| 4- Personal Remittances | تحويلات شخصية ☐ | | |
| 5- Customer Foreign Travel | تحويلات لأغراض السفر ☐ | Id No., Type, Date, Place Of Issue | رقم الهوية نوعها/تاريخ ومكان الإصدار |
| 6- Customer Abroad Investments | إستثمارات خارج المملكة ☐ | | |
| 7- Remittance For Money Charges | تحويلات أو مبيعات للصيارف ☐ | Address Prince Sultan St at ... | العنوان |
| 8- Government Agencies Remittances | تحويلات أو مبيعات للمؤسسات الحكومية ☐ | Phone No. 441 3888 | رقم الهاتف |
| 9- Ministries Or Municipalities Remittances | تحويلات أو مبيعات للوزارات والبلديات. ☐ | Other Dedtails | تفاصيل أخرى للحوالة |
| Account Holder Signature | توقيع المحول/صاحب الحساب | I/We Agree To The Terms Printed Overleat And Marked The Appropriate Purpose Of Remittance | أوافق على الشروط والأحكام المبينة خلف الطلب وقد تم اختيار الغرض من التحويل بمعرفتي |

## FOR BANK USE ONLY الإستعمال البنك فقط

| Currency نوع العملة | USD | Correspondent Bank | البنك المرسل |
|---|---|---|---|
| FCY Amount مبلغ العملة الأجنبية | | Value Date تاريخ الأستحقاق | 28-10-8 |
| Rate سعر العملة | 3.7650 | Deal/Ref. No. رقم القطع / المرجع | |
| SAR Equivalent المعادل بالريال | | Validation المصادقة | |
| Commission/Fees رسوم / عمولة | | | |
| Telex Charges مصاريف التلكس | | | |
| SAR Total المجموع بالريال | 3,750,693 | | |

أحمد عبد الهادي الظهيري
إدارة الخزينة - الدمام
AHMED AL-DHURAIS
NCB - TREASURY - DAMMAM

| Authorized Signature | توقيع المسئول |
|---|---|

NCB الأهلي
together as one

## Transaction Details

| | |
|---|---|
| Reference Number (BJRN) | 1969007 |
| Account Number | |
| Account Type | Current Accounts |
| Account Name | مؤسسة المها للتجارة والمقاولات |
| Date | 10/27/2008 |
| Amount | - 3,750,693.00 |
| Transacting Branch | TREASURY BRANCH (0555) |
| Transaction Description | Treasury System 237837 17 |

Print  Close

07/03 2009 17:08 FAX 08347251     NCB-TSC--DAMMAM         @006

**Sent Event (Event Failed)**

| | | | |
|---|---|---|---|
| Date: | 02/23/09 | Time: | 00:47 |
| Pages: | 1 | Duration: | 4 min 15 sec |
| Fax Number: | 08335517 | Status Code: | No answer |

---

TRADE FINANCE CENTER
DAMMAM PROCESSING CENTER - GIS

**NCB الأهلي**

مركــز خدمـات التجــارة
مركز خدمات التجارة – الدمام

Transaction Date تاريخ العملية

FEBRUARY 22, 2009
2009 ,22 فبراير

**Customer Advice** إشعار العميل

**Issuance of an Advance for a Payment under Documentary Letter of Credit**

إصدار مدين مستندي لدفعة تحت إعتماد مستندي إستيراد

L/C: [011 - IMPORT SIGHT OVERSEAS ISSUE]
ADVANCE: [013 - IMP. SIGHT OVERS ADVANCES]

Page / صفحة
1 / 1

BY Sys.: 22/02/2009  11:26:34
Prnt: 02/22/09  16:52:09
Dt.: 069 - KING SAUD STREET
B.Seg.: 44 - BUSINESS BANKING (IFG)-CDBG

Customer : العميل    06948264000109

AL-MAHA TRADING AND CONTRACTING EST
P.O BOX 2416 DAMMAM 31451
TEL:8338316-8335592 FAX:8335517
K.S.A.

عزيزنا العميل:

Dear Customer,

The below mentioned advance has been created against the mentioned import L/C payment. Please, be noted that if this advance has not been settled before/on maturity date you will be liable to a delay fee.

لقد أصدرنا المدين المستندي الموضح بأدناه مقابل دفعة تحت إعتماد مستندي إستيراد. نود إعلامكم بأنه إذا لم يتم السداد قبل أو في تاريخ الإستحقاق سوف نقوم بخصم غرامة تأخير من حسابكم

| Our Reference رقم مرجعنا | | Correspondent Reference : رقم مرجع المراسل | |
|---|---|---|---|
| L036471 001 | | 66049022 | ... |

| Advance Reference مرجع المدين المستندي | | Advance no. تسلسل | |
|---|---|---|---|
| L090176 001 | | 000 | |

| | | | |
|---|---|---|---|
| Bill Of Lading No. | : INV.NO.9898 | | رقم بوليصة الشحن |
| Vessel Name | : 0 | | إسم المركبة |
| Voyage No. | : 0 | | رقم الرحلة |
| Currency | : USD  US DOLLAR | | العملة |
| Amount | : 165,699.00 | | المبلغ |
| Maturity Date | : 22 FEBRUARY, 2009 | | تاريخ إستحقاق الدفع |
| Held Margin | %: 0.00  Cur.: | Amount:   0.00 | التأمين المحجوز |

WATER TANKER WITH 2000 GALLON    SR. 673 693.45

SR. 830,327.08

| Comments | ملاحظات |
|---|---|

******* This is a computer generated advise, no signature is required ******* هذا إشعار صادر آلياً، ولايحتاج إلى توقيع

شركة مساهمة – رأس المال المدفوع ١٥٠٠٠ مليون ريال – س.ت ١٥٥٨ – الإدارة العامة – المملكة العربية السعودية – ص.ب ٣٥٥٥ جدة ٢١٤٨١ – هاتف ٦٤٩٣٣٣٣
Saudi Joint Stock Company – Paid Capital SR 15000 Millions – C.R. 1558 – General Management – Saudi Arabia – P.O.Box 3555 Jeddah 21481 – Tel. 6493333

07/03 2009 17:08 FAX 08347251    NCB–TSC––DAMMAM    @005

**Sent Event (Event Failed)**

| Date: | 02/23/09 | Time: | 00:60 |
|---|---|---|---|
| Pages: | 1 | Duration: | 4 min 16 sec |
| Fax Number: | 038335517 | Status Code: | No answer |

TRADE FINANCE CENTER
DAMMAM PROCESSING CENTER - 615

**NCB الأهلي**

مركز خدمات التجارة
مركز خدمات التجارة – الدمام

| Transaction Date — تاريخ العملية | **Customer Advice** — إشعار العميل | Page — صفحة — Page / 1 /2 |
|---|---|---|
| FEBRUARY 22, 2009 | **Receipt of CLEAN Documents - ADVANCE - Import Documentary Letter of Credit** | BT Sys.: 22/02/2009 11:26:19 |
| 2009, 22 فبراير | وصول مستندات نظيفة وتحويلها إلى مدين مستندى – إعتماد إستيراد مستندى | Print: 02/22/09 16:53:22 |
| | | Ur.: 069 - KING SAUD STREET |
| | Customer :- 06948264000109 العميل | B.Seg.: 44 - BUSINESS BANKING (FG)-CBBC |

AL-MAHA TRADING AND CONTRACTING EST
P.O BOX 2110 DAMMAM 31451
TEL:0338315-8339302 FAX:0335617
K.S.A.

Dear Customer,

We have received the below mentioned CLEAN SIGHT payment and recorded it as an ADVANCE against you.

عزيزى العميل،
لقد استلمنا مستندات نظيفة مباشرة الدفع والموضحة بأدناه، تم تحويلها إلى مدين مستندى عليكم

| Our Reference — رقم مرجعنا | Correspondent Reference : — رقم مرجع المراسل | 66049022 |
|---|---|---|
| L036471 001 | | |

**MAIN TRANSACTION INFORMATION :** — بيانات العملية الرئيسية :

| | | |
|---|---|---|
| Obligation | : 011 - IMPORT SIGHT OVERSEAS ISSUE | : الإلتزام |
| Expiry Date | : 30 JANUARY, 2009 | : تاريخ الإنتهاء |
| L/C Tenor | : SIGHT    AT : UNITED STATES | : نوع الإعتماد |
| Currency | : USD  US DOLLAR | : العملة |
| Current O/S Amount | : 165,600.00 | : الرصيد الحالى |
| About | : NO | : سماحية المبلغ |
| Trxn. Margin | : %: 0.00  Cur.: USD    Amount: 0.00 | : تأمين العملية |

**PAYMENT INFORMATION :** — بيانات الدفعة :

| | | |
|---|---|---|
| Bill Of Lading No. | : INV.NO.9888 | : رقم بوليصة الشحن |
| Vessel Name | : 0 | : إسم الشركة |
| Voyage No. | : 0 | : رقم الرحلة |
| Obligation | : 011 - IMPORT SIGHT OVERSEAS ISSUE  Via : LAND | : الإلتزام |
| Payment Amount Due | : USD    165,600.00 | : مبلغ الدفعة المستحق |
| | Amnt. Conf.: 165,600  Amnt. UnConf.: 0 | |
| Payment Margin | : @: 0.000000000 %:  0.00  Cur.:    Amount: 0.00 | : تأمين الدفعة |

**Comments:** — ملاحظات:

\*\*\*\*\*\* This is a computer generated advise, no signature is required \*\*\*\*\*\*
هذا الإشعار صادر آلياً ولايحتاج إلى توقيع

Saudi Joint Stock Company - Paid Capital SR 15000 Millions - C.R. 1588 - General Management - Saudi Arabia - P.O.Box 3555 Jeddah 21481 - Tel. 6493333

07/03 2009 17:00 FAX 08347251          NCB-TSC--DAMMAM                    ⧉008

**Sent Event (Event Failed)**

| Date: | 02/25/09 | Time: | 09:51 |
| Pages: | 1 | Duration: | 4 min 15 sec |
| Fax Number: | 038335517 | Status Code: | No answer |

TRADE FINANCE CENTER
DAMMAM PROCESSING CENTER- 615

NCB الأهلي

مركز خدمات التجارة – الدمام

| Transaction Date تاريخ العملية | **Customer Advice** إشـعار العميل | Pago صفحة |
|---|---|---|
| FEBRUARY 24, 2009 | Issuance of an Advance for a Payment under Documentary Letter of Credit | 1 / 1 |
| 2009 ،24 فبراير | إصدار مدين مستندي لدفعة تحت إعتماد مستندي إستيراد | DT Sys.: 24/02/2009 11:05:19 |
| | L/C: [011 - IMPORT SIGHT OVERSEAS ISSUE] | Print: 02/24/09  13:09:15 |
| | ADVANCE: [013 - IMP. SIGHT OVERS ADVANCES] | Br.: 069 - KING SAUD STREET |
| | | B.Seg.: 44 - BUSINESS BANKING (IFG)-CBBG |

Customer : العميل    06948264000109

AL-MAHA TRADING AND CONTRACTING EST
P.O BOX 2118 DAMMAM 31451
TEL:8338318-8335592 FAX:8335517
K.S.A.

Dear Customer,                                                           عزيزي العميل

The below mentioned advance has been created
against the mentioned import L/C payment. Please, be
noted that if this advance has not been settled
before/on maturity date you will be liable to a delay
fee.

لقد أصدرنا لكم المدين المستندي الموضح بأدناه مقابل دفعة تحت
إعتماد مستندي إستيراد، نود إعلامكم بأنه إذا لم يتم السداد قبل
أو في تاريخ الإستحقاق فسوف نقوم بخصم غرامة تأخير من
حسابكم.

| Our Reference  رقم مرجعنا |
|---|
| L036469 001 |

| Advance Reference  مرجع المدين المستندي | Advance no.  مسلسل |
|---|---|
| L090203 001 | 000 |

| Bill Of Lading No. | : INV.NO.0098 | : | رقم بوليصة الشحن |
| Vessel Name | : N/A | : | إسم المركب |
| Voyage No. | : N/A | : | رقم الرحلة |
| Currency | : USD   US DOLLAR | : | العملة |
| Amount | : 012,000.00 | : | المبلغ |
| Maturity Date | : 24 FEBRUARY, 2009 | : | تاريخ إستحقاق الدفع |
| Held Margin | : | % : 0.00   Cur. : | Amount: 0.00 : | التأمين المحجوز |

*[handwritten]* 105 AGRI IMPORT PERIM PLATFORM ———— SR. 3,301,220.25

SR. 4,068,753.50

| Comments | : | : | ملاحظات |

****** This is a computer generated advice, no signature is required – هذا إشعار صادر بصورة آلية، لايحتاج إلى توقيع ******

Saudi Joint Stock Company - Paid Capital SR 15000 Millions - C.R. 1588 - General Management - Saudi Arabia - P.O.Box 3555  Jeddah 21481 - Tel. 6493333

1

07/93 2009 17:09 FAX 08347251    NCB-TSC--DAMMAN    ☒009

## Sent Event (Event Failed)

| | | | |
|---|---|---|---|
| Date: | 02/25/09 | Time: | 09:49 |
| Pages: | 1 | Duration: | 4 min 16 sec |
| Fax Number: | 038335517 | Status Code: | No answer |



TRADE FINANCE CENTER                   مركز خدمات التجارة
DAMMAM PROCESSING CENTER - 615        مركز خدمات التجارة – الدمام

**Customer Advice**     إشعار العميل     Page / صفحة ١/١

Receipt of CLEAN Documents - ADVANCE - Import
Documentary Letter of Credit
وصول مستندات نظيفة وتحويلها إلى مدين مستندى – إعتماد إستيراد مستندى

BT Sys.: 24/02/2009  11:08:12
Print: 02/24/09  13:10:35
Br.: 059 - KING SAUD STREET
B.Seg.: 41 - BUSINESS BANKING (IFO)-CBBG

**Transaction Date**   تاريخ العملية

FEBRUARY 24, 2009
2009 ، 24 فبراير

Customer :-    06948264000109    العميل :-

AL-MAHA TRADING AND CONTRACTING EST
P.O BOX 2110 DAMMAM 31451
TEL:0338310-0338502 FAX:0338517
K.S.A.

Dear Customer,           عزيزى العميل
We have received the below mentioned CLEAN SIGHT payment
and recorded it as an ADVANCE against you.

لقد استلمنا مستندات نظيفة مباشرة الدفع والموضحة بأدناه، تم
تحويلها إلى مدين مستندى عليكم

**Our Reference**   رقم مرجعنا

**L036469 001**

| MAIN TRANSACTION INFORMATION : | | | | بيانات العملية الرئيسية |
|---|---|---|---|---|
| Obligation | : 011 - IMPORT SIGHT OVERSEAS ISSUE | | : | الإلتزام |
| Expiry Date | : 30 JANUARY, 2009 | AT : UNITED STATES | : | تاريخ الإنتهاء |
| L/C Tenor | : SIGHT | | : | نوع الإعتماد |
| Currency | : USD  US DOLLAR | | : | العملة |
| Current O/S Amount | : 012,000.00 | | : | الرصيد الحالى |
| About | : NO | | : | سماحية المبلغ |
| Trxn. Margin | :  %: 0.00 Cur.: USD Amount: 0.00 | | : | تأمين العملية |

| PAYMENT INFORMATION : | | | | بيانات الدفعة |
|---|---|---|---|---|
| Bill Of Lading No. | : INV.NO.0896 | | : | رقم بوليصة الشحن |
| Vessel Name | : N/A | | : | إسم المركب |
| Voyage No. | : N/A | Vin.: LAND | : | رقم الرحلة |
| Obligation | : 011 - IMPORT SIGHT OVERSEAS ISSUE | | : | الإلتزام |
| Payment Amount Due | : USD  012,000.00 | | : | مبلغ الدفعة المستحق |
| | Amnt. Conf.: 012,000  Amnt. UnConf.: 0 | | | |
| Payment Margin | : @: 0.000000000 %: 0.00 Cur.: Amount: 0.00 | | : | تأمين الدفعة |

**Comments:**          ملاحظات:

****** This is a computer generated advise, no signature is required – هذا إشعار صادر آليا، ولايحتاج إلى توقيع ******

شركة البنك الأهلي التجاري – رأس مال البنك المصرح به والمدفوع 15000 مليون ريال – ص ب 3555 جدة 21481 – جدة – الإدارة العامة – المملكة العربية السعودية – هاتف: 6493333
Saudi Joint Stock Company – Paid Capital SR 15000 Millions – G.R. 1588 – General Management – Saudi Arabia – P.O.Box 3555 Jeddah 21481 – Tel. 6493333

07/03 2009 17:09 FAX 08347251       NCB-TSC--DAMMAM       ☑007

## Sent Event (Event Failed)

| | | | |
|---|---|---|---|
| Date: | 02/25/09 | Time: | 09:54 |
| Pages: | 1 | Duration: | 4 min 14 sec |
| Fax Number: | 038335517 | Status Code: | No answer |

لاسرد

TRADE FINANCE CENTER
DAMMAM PROCESSING CENTER - 615

NCB الأهلي

مركز خدمات التجارة
مركز خدمات التجارة – الدمام

**Customer Advice**    إشعار للعميل

Issuance of an Advance for a Payment under Documentary
Letter of Credit
إصدار مدين مستندي لدفعة تحت إعتماد مستندي إستيراد
L/C: [011 - IMPORT SIGHT OVERSEAS ISSUE]
ADVANCE: [013 - IMP. SIGHT OVERS ADVANCES]

Page /
صفحة
١ / ١

BT Sys. : 24/02/2009  11:09:59
Print : 02/24/09  13:07:04
Br. : 069 - KING SAUD STREET
B.Seg. : 44 - BUSINESS BANKING (IFG)-CBBC

Customer :    06948264000109    العميل

AL-MAHA TRADING AND CONTRACTING EST
P.O BOX 2110 DAMMAM 31481
TEL:0330315-0336592 FAX:8335517
K.S.A

Dear Customer,     عزيزي العميل

The below mentioned advance has been created
against the mentioned import L/C payment. Please, be
noted that if this advance has not been settled
before/on maturity date you will be liable to a delay
fee.

لقد أصدرنا المدين المستندي الموضح بأدناه مقابل دفعة تحت
إعتماد مستندي إستيراد. نود إعلامكم بأنه إذا لم يتم السداد قبل
أو في تاريخ الإستحقاق فسوف تقوم بخصم غرامة تأخير من
حسابكم

| | |
|---|---|
| Our Reference   رقم مرجعنا | |
| L036468 001 | |

| | |
|---|---|
| Advance Reference   مرجع المدين المستندي | Advance no.   مسلسل |
| L090204 001 | 000 |

| Bill Of Lading No. | : INLAND B/L | | رقم بوليصة الشحن |
|---|---|---|---|
| Vessel Name | : N/A | | إسم المركب |
| Voyage No. | : N/A | | رقم الرحلة |
| Currency | : USD   US DOLLAR | | العملة |
| Amount | : 687,200.00 | | المبلغ |
| Maturity Date | : 24 FEBRUARY, 2009 | | تاريخ إستحقاق الدفع |
| Held Margin | :   % :   0.00   Curr. :    Amount :    0.00 | | التأمين المسجل |

2 *Door* INTERNAL ... ....

SR. 2793,842.12

SR. 3443,410.02

| Comments: | ملاحظات: |
|---|---|

\*\*\*\*\*\* This is a computer generated advise, no signature is required - هذا إشعار صادر آلياً بالحاسب والإمضاء في ذلك غير لازم - \*\*\*\*\*\*\*
6493333 (الإدارة) - 21481 دب - 3555 ب - 1538 ب - 1599 طريق الملك - 15000 طريق ريال
Saudi Joint Stock Company ~ Paid Capital SR 15000 Millions ~ C.R. 1538 ~ General Management ~ Saudi Arabia ~ P.O.Box 3555 Jeddah 21481 ~ Tel. 6493333

1

07/03 2009 17:09 FAX 08347251      NCB-TSC--DAMMAM      ☑010

**Sent Event (Event Failed)**

| | | | |
|---|---|---|---|
| Date: | 02/25/09 | Time: | 09:56 |
| Pages: | 1 | Duration: | 4 min 13 sec |
| Fax Number: | 038335517 | Status Code: | No answer |

TRADE FINANCE CENTER
DAMMAM PROCESSING CENTER - 615

NCB البنك الأهلي

مركز خدمات التجارة
مركز خدمات التجارة – الأحساء

**Customer Advice** إشعار العميل

Receipt of CLEAN Documents - ADVANCE - Import
Documentary Letter of Credit
وصول مستندات نظيفة وتحويلها إلى مدين مستندي – إعتماد إستيراد مستندي

Page / صفحة
1 / 1

Transaction Date تاريخ العملية

FEBRUARY 24, 2009
فبراير 24, 2009

BY Sys.: 24/02/2009 11:09:42
Print: 02/24/09 13:05:51
Br.: 069 - KING SAUD STREET
B.Org.: 44 - BUSINESS BANKING (IFO)-CBBC

Customer :- العميل | 06948264000109

AL-MAHA TRADING AND CONTRACTING EST
P.O BOX 2149 DAMMAM 31451
TEL:8338315-8335592 FAX:0335917
K.S.A.

Dear Customer,
We have received the below mentioned CLEAN SIGHT payment
and recorded it as an ADVANCE against you.

عزيز العميل,
لقد إستلمنا مستندات نظيفة مباشرة الدفع والموضحة بأدناه تم
تحويلها إلى مدين مستندي عليكم

Our Reference رقم مرجعنا

L036468 001

بيانات العملية الرئيسية :

**MAIN TRANSACTION INFORMATION :**

| | | | |
|---|---|---|---|
| Obligation | : 011 - IMPORT SIGHT OVERSEAS ISSUE | : | الإلتزام |
| Expiry Date | : 30 JANUARY, 2009 AT : UNITED STATES | : | تاريخ الإنتهاء |
| L/C Tenor | : SIGHT | : | نوع الإعتماد |
| Currency | : USD US DOLLAR | : | العملة |
| Current O/S Amount | : 607,200.00 | : | الرصيد الحالي |
| About | : NO | : | سماحة المبلغ |
| Trxn. Margin | : % : 0.00 Curr.: USD Amount: 0.00 | : | تأمين العملية |

بيانات الدفعة :

**PAYMENT INFORMATION :**

| | | | |
|---|---|---|---|
| Bill Of Lading No. | : INLAND B/L. | : | رقم بوليصة الشحن |
| Vessel Name | : N/A | : | إسم المركب |
| Voyage No. | : N/A Via : LAND | : | رقم الرحلة |
| Obligation | : 011 - IMPORT SIGHT OVERSEAS ISSUE | : | الإلتزام |
| Payment Amount Due | : USD 607,200.00 | : | مبلغ الدفعة المستحق |
| | : Amnt. Conf.: 607,200 Amnt. UnConf.: | : | |
| Payment Margin | : @: 0.000000000 % : 0.00 Curr.: Amount: | : | تأمين الدفعة |

ملاحظات :

Comments:

******* This is a computer generated advice, no signature is required ******* ******* إن هذا الإشعار صادر آلياً ولايطبع في التوقيع ـ ـ ـ *******

شركة مساهمة ـ رأس المال المدفوع ريال سعودي 13000 مليون ـ س.ت 1598 ـ الإدارة العامة ـ المملكة العربية السعودية ـ ص.ب 3555 ـ جدة 21481 ـ الهاتف 6493333

Saudi Joint Stock Company - Paid Capital SR 13000 Millons - C.R. 1598 - General Management - Saudi Arabia - P.O.Box 3555 - Jeddah 21481 - Tel. 6493333



BRANCH
INDUSTRIAL DAMMAM 0056
مؤسسة المها للتجارة والمقاولات
STATEMENT OF ACCOUNT     Page 63 of    ALMAHA
                          68         من.ب.8112
                                     DAMMAM, 31451
                                     DAMMAM
                                     31451

06/12/2009 4:26 PM

| DATE OF STATEMENT | ACCOUNT TYPE | ACCOUNT NUMBER |
|---|---|---|
| Transactions in the date range 01/01/2009 to 30/11/2009 | Current Accounts | Recorded |

| Balance | Credit | Debit | Description | Date |
|---|---|---|---|---|
| 61,659.16 | | 10,000.00 | Cheque Withdrawal 7078 | 18/10/2009 |
| 54,659.16 | | 7,000.00 | Cheque Withdrawal 7083 | 18/10/2009 |
| 44,527.16 | | 10,132.00 | Cheque Withdrawal 7074 | 18/10/2009 |
| 39,627.16 | | 4,900.00 | Cheque Withdrawal 7079 | 19/10/2009 |
| 37,127.16 | | 2,500.00 | Cheque Withdrawal 7077 | 19/10/2009 |
| 34,627.16 | | 2,500.00 | Cheque Withdrawal 7072 | 19/10/2009 |
| 26,619.16 | | 8,008.00 | Cheque Withdrawal 7045 | 19/10/2009 |
| 23,619.16 | | 3,000.00 | Cheque Withdrawal 7057 | 19/10/2009 |
| 769,819.16 | 746,200.00 | | Transfer From 65911973080805 المها مشروع وزارة الدفاع وال | 19/10/2009 |
| 1,015,619.16 | 245,800.00 | | Transfer From 65911974081204 المها مشروع مطار الملك فهد و | 19/10/2009 |
| 965,619.16 | | 50,000.00 | Transfer To 5647927000103 شركه شبكة الاعمال الخليجه للتج | 20/10/2009 |
| 960,602.08 | | 5,017.08 | Cheque Withdrawal 7071 | 20/10/2009 |
| 953,993.03 | | 6,609.05 | Cheque Withdrawal 7081 | 20/10/2009 |
| 952,193.03 | | 1,800.00 | Cheque Withdrawal 7080 | 20/10/2009 |
| 947,896.03 | | 4,297.00 | Cheque Withdrawal 7017 | 20/10/2009 |
| 936,365.03 | | 11,531.00 | Cheque Withdrawal 7089 | 20/10/2009 |
| 932,365.03 | | 4,000.00 | Cheque Withdrawal 7088 | 21/10/2009 |
| 928,665.03 | | 3,700.00 | Cheque Withdrawal 7084 | 21/10/2009 |
| 918,665.03 | | 10,000.00 | Cheque Withdrawal 7086 | 21/10/2009 |
| 1,487,227.21- | | 2,405,892.24 | Debit Transaction 6153409L090260001 | 21/10/2009 |



BRANCH
INDUSTRIAL DAMMAM 0056
مؤسسة المها للتجارة والمقاولات

STATEMENT OF ACCOUNT

Page 64 of
68

ALMAHA
8112ص.ب
DAMMAM, 31451
DAMMAM
31451

06/12/2009 4:26 PM

| DATE OF STATEMENT | ACCOUNT TYPE | ACCOUNT NUMBER |
|---|---|---|
| Transactions in the date range 01/01/2009 to 30/11/2009 | Current Accounts | *Redacted* |

| Balance | Credit | Debit | Description | Date |
|---|---|---|---|---|
| 3,737,553.74- | | 2,250,326.53 | Debit Transaction 6153409L090259001 | 21/10/2009 |
| 4,411,247.19- | | 673,693.45 | Debit Transaction 6153409L090176001 | 21/10/2009 |
| 7,712,467.44- | | 3,301,220.25 | Debit Transaction 6153409L090203001 | 21/10/2009 |
| 10,506,309.56- | | 2,793,842.12 | Debit Transaction 6153409L090204001 | 21/10/2009 |
| 46,849.44 | 10,553,159.00 | | Transfer From 65911973080903 مؤسسة المها للتجارة والمقاولات | 21/10/2009 |
| 44,049.44 | | 2,800.00 | Cheque Withdrawal 7091 | 24/10/2009 |
| 40,349.44 | | 3,700.00 | Cheque Withdrawal 7093 | 24/10/2009 |
| 25,849.44 | | 14,500.00 | Cheque Withdrawal 7092 | 25/10/2009 |
| 25,799.44 | | 50.00 | Bank Cheque Fees 6819 حوالة شيك مصرفي9186 | 25/10/2009 |
| 15,799.44 | | 10,000.00 | Cheque Withdrawal 7099 | 26/10/2009 |
| 12,282.44 | | 3,517.00 | Cheque Withdrawal 7090 | 26/10/2009 |
| 10,282.44 | | 2,000.00 | Cheque Withdrawal 7095 | 26/10/2009 |
| 2,282.44 | | 8,000.00 | Cheque Withdrawal 7096 | 26/10/2009 |
| 32,282.44 | 30,000.00 | | Transfer From 5647927000103 شركة شبكة الاعمال الخليجية للتجا | 26/10/2009 |
| 22,282.44 | | 10,000.00 | Cheque Withdrawal 7097 | 27/10/2009 |
| 16,182.44 | | 6,100.00 | Cheque Withdrawal 7098 | 27/10/2009 |
| 66,182.44 | 50,000.00 | | Transfer From 5647927000103 شركة شبكة الاعمال الخليجية للتجا | 27/10/2009 |
| 116,182.44 | 50,000.00 | | Transfer From 5647927000103 شركة شبكة الاعمال الخليجية للتجا | 27/10/2009 |
| 89,757.44 | | 26,425.00 | Cheque Withdrawal 6818 | 27/10/2009 |
| 33,846.34 | | 55,911.10 | Cheque Withdrawal 1831 | 27/10/2009 |



# CERTIFICATE OF ORIGIN FOR A VEHICLE

**FREIGHTLINER**

A Division of **FREIGHTLINER** LLC

DATE 12/05/07

INVOICE NO. HI3109

VEHICLE IDENTIFICATION NO. 1FVACYBS48HZ89558

YEAR 2008

MAKE FREIGHTLINER

BODY TYPE TRUCK

SHIPPING WEIGHT 11064

H.P. (SAE) 300

G.V.W.R. 38600

NO. CYLS. 6

SERIES OR MODEL MZ106

The undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred under the Invoice Number indicated to the following distributor or dealer.

TO DISTRIBUTOR, DEALER, ETC.

NEBRASKA TRUCK CENTER, INC.
P.O. BOX 1887
GRAND ISLAND, NE 68802

It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce.

FREIGHTLINER LLC

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)
4747 NORTH CHANNEL,
PORTLAND, OREGON 97217
CITY - STATE

935996

SLS040 (7/92)

## CERTIFICATE OF ORIGIN FOR A VEHICLE



**FERRARA**
FERRARA FIRE APPARATUS INCORPORATED
*Leading The Way!*

DATE
2/6/09

INVOICE NO.

VEHICLE IDENTIFICATION NO.
1F95080387H140469

YEAR
2007

MAKE
Ferrara

BODY TYPE
Custom

SHIPPING WEIGHT
68,680

H.P. (S.A.E.)
500

G.V.W.R.
80,500

NO. CYLS.
6

SERIES OR MODEL
Inferno

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

Ferrara Fire Apparatus Inc.
27855 James Chapel Road
Holden, LA 70744

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

FERRARA FIRE APPARATUS, INC.

BY: _____

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

010229

27855 James Chapel Road • P.O. Box 249
Holden, LA 70744
CITY-STATE

839.095

# CERTIFICATE OF ORIGIN FOR A VEHICLE



**DATE**
SEPTEMBER 14, 2007

**INVOICE NO.**
270914001

**VEHICLE IDENTIFICATION NO.**
1HTMKAZR68H557868

**YEAR**
2008

**MAKE**
INTERNATIONAL

**BODY TYPE**
CAB & CHASSIS

**SHIPPING WEIGHT**

**H.P. (S.A.E.)**

**G.V.W.R.**
40000

**NO. CYLS.**
6

**SERIES OR MODEL**
4400 SBA 4X2

**ENGINE NAME**
MAXXFORCE 9 330 HP/2200 GOV 50ST

**ENGINE NO.** **UNIT**
2U3017199

U.S. IMPORT
SEP 18 9 2009
062

The undersigned authorized representative of the company, firm or corporation named below, hereby certifies that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

BILL HEARD CHEVROLET CO
P.O. BOX 8888
COLUMBUS      GA  31908

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**INTERNATIONAL TRUCK AND ENGINE CORPORATION**

BY: _____

*Ima Purdie*

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)      (AGENT)

1111 NORTHSHORE DR.
KNOXVILLE, TN 37919-3805
CITY · STATE

INT2146974

DGE-1015-E

x39.090          197486



# CERTIFICATE OF ORIGIN FOR A VEHICLE

**INTERNATIONAL**

DATE
SEPTEMBER 13, 2007

INVOICE NO.
270913003

VEHICLE IDENTIFICATION NO.
1HTMKAZR88H557869

YEAR
2008

MAKE
INTERNATIONAL

BODY TYPE
CAB & CHASSIS

SHIPPING WEIGHT

| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|---|---|---|---|
| | 49000 | 6 | 4400 SBA 4X2 |

ENGINE NAME
MAXXFORCE 9 330HP/2200 GOV 50ST

ENGINE NO. UNIT
2U3015443

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.



BILL HEARD CHEVROLET CO
O. BOX 8088
COLUMBUS          GA  31908

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**INTERNATIONAL TRUCK AND ENGINE CORPORATION**

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

1111 NORTHSHORE DR.
KNOXVILLE, TN 37919-3805
CITY - STATE

INT2146777

DGE-1015-E



# CERTIFICATE OF ORIGIN FOR A VEHICLE



**DATE**
SEPTEMBER 06, 2007

**INVOICE NO.**
270906001

**VEHICLE IDENTIFICATION NO.**
1HTMKAZR48H557870

**YEAR**
2008

**MAKE**
INTERNATIONAL

**BODY TYPE**
CAB & CHASSIS

**SHIPPING WEIGHT**

**H.P. (S.A.E.)**

**G.V.W.R.**
40000

**NO. CYLS.**
6

**SERIES OR MODEL**
4400 SBA 4X2

062

**ENGINE NAME**
MAXXFORCE 9 330HP/2200 GOV 50ST

**ENGINE NO.   UNIT**
2U3017197

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

BILL HEARD CHEVROLET CO
BOX 8888
COLUMBUS          GA   31908

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**INTERNATIONAL TRUCK AND ENGINE CORPORATION**

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

1111 NORTHSHORE DR.
KNOXVILLE, TN 37919-3805
**CITY - STATE**

INT2145829

DGE-1015-E

ORIGINAL

SHIPPER / CONSIGNOR:
W. S. DARLEY & CO
325 SPRING LAKE DRIVE
ITASCA, IL 60143

COMMERCIAL INVOICE

Commercial Invoice No. AP0509/89558         May 4, 2009

INVOICE TO / CONSIGNEE:
Al-Maha Trading & Cont. Est.
P.O. Box 32230
Al-Khobar 31952
Saudi Arabia

DESCRIPTION:                                    VALUE:
One Rescue, Hazmat and Misc Tanker              $165,600.00USD
2008 Freightliner Chassis
Vin #1FVACYBS48HZ89558
Gross weight:  16,600 lbs  OAL 24'10" OAH 9'8"
Vessel:  Saudi Tabuk V.140

ONE HUNDRED SIXTY FIVE THOUSAND SIX HUNDRED AND NO/100 U.S. DOLLARS

Letter of credit  LL036471

We certify the above shipped goods are of U.S.A. origin.

These commodities were exported from the United States in accordance with the
Export Administration Regulations Diversions. Contrary to U.S. law prohibited.

W. S. Darley & Co.

Signed before me the 4th day of May 2009

FREDRICK G FRANTZ JR
NOTARY
MY CO   STATE OF ILLINOIS
        RES:04/07/13                    , Notary Public

The Greater O'Hare Association of Industry and Commerce, a recognized Chamber of Commerce under the laws of the State of Illinois,
certifies in reliance of representation of the export and not on the basis of independent verification that to the best of its knowledge and
belief the above information is true and correct.

Secretary: _____

ORIGINAL

**SHIPPER / CONSIGNOR:**
**W. S. DARLEY & CO**
**325 SPRING LAKE DRIVE**
**ITASCA, IL 60143**

**COMMERCIAL INVOICE**

Commercial Invoice No. AP0509/557868          May 4, 2009

**INVOICE TO / CONSIGNOR:**
Al-Maha Trading & Cont. Est.
P.O. Box 32230
Al-Khobar 31952
Saudi Arabia

DESCRIPTION:                                                              VALUE:

Rescue Hazmat and Misc Apparatus Pumper
Vin #1HTMKAZR68H557868 2008 International Chassis
Gross Weight 29,620 lbs.                                         $229,066.66
Shipped on board the Vessel Saudi Tabuk 140 At Houston

TWO HUNDRED TWENTY NINE THOUSAND SIXTY SIX AND 66/100 U.S. DOLLARS

Letter of credit L036468

These commodities were exported from the United States in accordance with the
Export Administration Regulations Diversions. Contrary to U.S. law prohibited.

We certify the above shipped goods are of U.S.A. origin.

W. S. Darley & Co.

Signed before me the 4 day May 2009

OFFICIAL SEAL
FREDERICK G FRANTZ JR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/07/13

The Greater O'Hare Association of Industry and Commerce, a recognized Chamber of Commerce under the laws of the State of Illinois,
certifies in reliance of representation of the export and not on the basis of independent verification that to the best of its knowledge and
belief the above information is true and correct.

Secretary: _____

ORIGINAL

SHIPPER / CONSIGNOR:
W. S. DARLEY & CO
325 SPRING LAKE DRIVE
ITASCA, IL 60143

## COMMERCIAL INVOICE

Commercial Invoice No. AP0509/557869          May 4, 2009

INVOICE TO / CONSIGNEE:
Al-Maha Trading & Cont. Est.
P.O. Box 32230
Al-Khobar 31952
Saudi Arabia

DESCRIPTION:                                    VALUE:

Rescue Hazmat and Misc Apparatus Pumper
Vin #1HTMKAZR88H557869  2008 International Chassis
Gross Weight 29,520 lbs
Shipped on Vessel Saudi Tabuk 140 at Houston        $229,066.32

TWO HUNDRED TWENTY NINE THOUSAND SIXTY SIX AND 32/100 U.S. DOLLARS

Letter of credit L036468

These commodities were exported from the United States in accordance with the Export Administration Regulations Diversions. Contrary to U.S. law prohibited.

We certify the above shipped goods are of U.S.A. origin.

W. S. Darley & Co.

Signed before me the 4th day of May 2009

OFFICIAL SEAL
FREDERICK G FRANTZ JR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/07/13

Notary Public

The Greater O'Hare Association of Industry and Commerce, a recognized Chamber of Commerce under the laws of the State of Illinois, certifies in reliance of representation of the export and not on the basis of independent verification that to the best of its knowledge and belief the above information is true and correct.

Secretary: _____

ORIGINAL

SHIPPER / CONSIGNOR:
W. S. DARLEY & CO
325 SPRING LAKE DRIVE
ITASCA, IL 60143

COMMERCIAL INVOICE

Commercial Invoice No. AP0504/557870    May 4, 2009

INVOICE TO / CONSIGNEE:
Al-Maha Trading & Cont. Est.
P.O. Box 32230
Al-Khobar 31952
Saudi Arabia

DESCRIPTION:                                          VALUE:

Rescue Hazmat and Misc Apparatus Pumper

Vin # 1HTMKAZR48h557870 2008 International Chassis    $229,067.00
Gross Weight 29,580 lbs
Shipped on vessel Saudi Tabuk #140 at Houston

TWO HUNDRED TWENTY NINE THOUSAND SIXTY SEVEN AND NO/100 U.S. DOLLARS

Letter of credit L036468

These commodities were exported from the United States in accordance with the
Export Administration Regulations Diversions. Contrary to U.S. law prohibited.

We certify the above shipped goods are of U.S.A. origin.

W. S. Darley & Co.

Signed before me the 4th day of May 2009

_____, Notary Public

OFFICIAL SEAL
FREDERICK G FRANTZ JR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/07/13

The Greater O'Hare Association of Industry and Commerce, a recognized Chamber of Commerce under the laws of the State of Illinois,
certifies in reliance of representation of the export and not on the basis of independent verification that to the best of its knowledge and
belief the above information is true and correct.

Secretary: _____

ORIGINAL

SHIPPER / CONSIGNOR:
W. S. DARLEY & CO
325 SPRING LAKE DRIVE
ITASCA, IL 60143

## COMMERCIAL INVOICE

Commercial Invoice No. AP0509/140469          May 4, 2009

**INVOICE TO / CONSIGNEE:**
Al-Maha Trading & Cont. Est.
P.O. Box 32230
Al-Khobar 31952
Saudi Arabia

DESCRIPTION:                                                    VALUE

One Rescue Hazmat and Misc Aerial apparatus
2007 Ferrara chassis
Vin #F95080387H140469                              $812,000.00
Gross weight 68,680 lbs
Shipped on board the Vessel Saudi Tabuk 140 at Houston

EIGHT HUNDRED TWELVE THOUSAND AND NO/100 U.S. DOLLARS

Letter of credit L036469

We certify the above shipped goods are of U.S.A. origin.

These commodities were exported from the United States in accordance with the
Export Administration Regulations Diversions. Contrary to U.S. law prohibited.

W. S. Darley & Co.

Signed before me the 4th day of May 2009.

> OFFICIAL SEAL
> FREDERICK G FRANTZ JR
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:04/07/10

Notary Public

The Greater O'Hare Association of Industry and Commerce, a recognized Chamber of Commerce under the laws of the State of Illinois,
certifies in reliance of representation of the export and not on the basis of independent verification that to the best of its knowledge and
belief the above information is true and correct.

Secretary: _____